23 So.2d 143

Neta Mae WHITEHEAD v. Jesse Ione WHITEHEAD.

8 Div. 286.

Supreme Court of Alabama.

May 17, 1945.

Bradshaw & Barnett, of Florence, for appellant.

Powell & Powell, of Decatur, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

23 So.2d 601

Edward WILKINSON, Jr., as Executor and Trustee, etc., v. Horace C. WILKINSON et al.

6 Div. 323.

Supreme Court of Alabama.

June 26, 1945.

Rehearing on Motion to Retax Costs Denied Nov. 1, 1945.

Bradley, Baldwin, All & White, of Birmingham, for appellant.

J. P. Mudd and Sadler & Sadler, all of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed